NO. CR-15-25362-1

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 336th JUDICIAL DISTRICT TEXARKANA, TEXAS |
| | § | |
| Tony Milner | § | FANNIN COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/5/2015 12:08:30 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Tony Milner, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the denial of his motion to dismiss for want of speedy trial and motion to dismiss for lack of presentment of indictment within 180 days of arrest.

Respectfully submitted,

Micah Belden
711 N. Travis Street
Sherman, Texas 75090
Tel: (903) 868-1528
Fax: (903) 893-1738

By:_____
State Bar No. 24044294
beldendwi@yahoo.com
Attorney for Tony Milner

## CERTIFICATE OF SERVICE

This is to certify that on August 4, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Grayson County, Mr. Richard Glaser, by hand delivery.

1